441 A.2d 768

Commonwealth v. Potts, Appellant.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.
Order affirmed.